# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2022

Lyle W. Cayce
Clerk

No. 19-60898
Summary Calendar

Alma Sofia Centeno-Santiago,

*Petitioner*,

*versus*

Merrick Garland, U.S. Attorney General,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A098 487 880

Before King, Costa, and Ho, *Circuit Judges*.

Per Curiam:*

Alma Sofia Centeno-Santiago unsuccessfully sought to reopen her removal proceeding. The Board of Immigration Appeals rejected her argument that the notice to appear needed to state the time and place of the hearing, concluding it was sufficient that a subsequent notice of hearing did

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-60898

include that information.  We VACATE the BIA decision and REMAND for reconsideration in light of *Rodriguez v. Garland*, 15 F.4th 351 (5th Cir. 2021).